**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

**IN RE:   George Black**

**CASE NO:  14-18391**

## NOTICE OF CHANGE OF ADDRESS FOR
## PAYMENTS FROM CHAPTER 13 TRUSTEE

Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s)   3   from the Chapter 13 Trustee should be sent to the following address:

| **OLD ADDRESS:** | **NEW ADDRESS:** |
|---|---|
| Bank of America | Bank of America |
| PO Box 26012 | PO Box 15312 |
| Greensboro, NC 27410 | Wilmington, DE 19850 |

/s/ Reiko Wysinger, AVP
Bank of America

## CERTIFICATE OF SERVICE

I hereby certify that on   July 23, 2019  , a copy of the foregoing document was served on the following by ECF:

Trustee:

William C. Miller, ESQ.
PO Box 1229
Philadelphia, PA 19105-1229

/s/ Rebecca L. Simon