United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18391-mdc
George Damell Black                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD            Page 1 of 2              Date Rcvd: Apr 16, 2020
                            Form ID: 138NEW           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
```
db              +George Damell Black,    3919 Haverford Avenue,    Philadelphia, PA 19104-1807
cr               BANK OF AMERICA, N.A.,    PO Box 15312,    WILMINGTON, DE  19850-5312
cr              +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                  51 E. Bethpage Road,    Plainview, NY 11803-4224
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NATIONSTAR MORTGAGE, LLC.,     PO Box 619096,
                  Dallas, TX  75261-9741)
13498785        +Ascension Services, LP,    DHC Business Solutions,    P.O. Box 163,    Manchester, MD 21102-0163
13414597       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    4161 Piedmont Pkwy,    NC4-105-02-99,
                  Greensboro, NC 27410)
14361979        +Bank of America,    PO Box  15312,    Wilmington, DE 19850-5312
13408242        +Barclays Bank of Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
13478466         Federal National Mortgage Association,    (Fannie Mae), creditor c/o Seterus, In,
                  P.O. Box 1047,    Hartfort, CT  06143-1047
14352337        +INVESTA SERVICES FOR GSRAN-Z, LLC,    1266 WEST PACES FERRY RD, BOX 517,
                  ATLANTA, GA 30327-2306
13408249        +JP Morgan Chase Bank,    Chase Records Center,    Mail Code LA4-5555,    700 Kansas Lane,
                  Monroe, LA 71203-4774
13408248        +JP Morgan Chase Bank,    PO Box 100564,    Florence, SC 29502-0564
13408250        +LHR Inc.,    56 Main Street,    Hamburg, NY 14075-4905
13408251        +Montgomery County,    Attn: Carolyn Rice, Treasurer,    451 West Third Street,
                  Dayton, OH 45422-1000
13511384        +Montgomery County Treasurer,    451 West Third Street,    Dayton, OH 45422-1000
14290356        +Nationstar Mortgage LLC,    dba Mr. Cooper,    c/o Rebecca A Solarz, Esquire,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13408253        +Police and Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13408254        +Professional Account Mgmt., Inc.,    633 W Wisconsin Avenue,    Milwaukee, WI 53203-1920
13502011        +Wells Fargo Bank, NA,    c/o: Nationstar Mortgage LLC,    P.O. Box 619096,
                  Dallas, TX 75261-9096
13408255        +Wells fargo Bank, N.A. as Trustee,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8175
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: bncnotice@ph13trustee.com Apr 17 2020 05:01:20      WILLIAM C. MILLER,
                  Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:08      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:12
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:37      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:08      City of Philadelphia,
                  Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                  5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13408241         E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 17 2020 05:00:13      Asset Acceptance LLC,
                  PO Box 2036,    Warren, MI 48090-2036
13481647         E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:07      City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13408245         E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:01:08      City of Philadelphia,
                  Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
                  Philadelphia, PA 19102-1595
13408243        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 05:03:54
                  Cach Llc/Square Two Financial,    4340 South Monaco St.  2nd Floor,    Denver, CO 80237-3485
13408246        ++E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:31      GE Capital / QVC,
                  Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13818513        ++E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:06:05      GE Capital Retail Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13493640         E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:04:46      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13408247        +E-mail/Text: bankruptcies@jnrcollects.com Apr 17 2020 05:01:22      JNR Adjustme,    PO Box 27070,
                  Minneapolis, MN 55427-0070
13408244         E-mail/PDF: ais.chase.ebn.americaninfosource.com Apr 17 2020 05:03:34      Chase,   PO Box 15658,
                  Wilmington, DE 19886
14265223        +E-mail/Text: ext_ebn_inbox@navyfederal.org Apr 17 2020 05:01:25      NAVY FEDERAL CREDIT UNION,
                  PO BOX 3000,    MERRIEFIELD, VA 22119-3000
13408252        +E-mail/Text: nod.referrals@fedphe.com Apr 17 2020 04:59:26      Phelan, Hallinan and Schmieg,
                  1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13875765        +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:06:06      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0313-2            User: YvetteWD              Page 2 of 2                   Date Rcvd: Apr 16, 2020
                                Form ID: 138NEW             Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13460865          +E-mail/Text: bncmail@w-legal.com Apr 17 2020 05:00:24
                    Wells Fargo Bank, National Association,   C/O Weinstein & Riley, P.S.,
                  2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Wells Fargo Bank, NA,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                  Dallas, TX 75261-9096
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Seterus, Inc. paeb@fedphe.com
              CHRISTIAN A. DICICCO    on behalf of Debtor George Damell Black
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              MARIO J. HANYON    on behalf of Creditor    Seterus, Inc. paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: George Damell Black
      Debtor(s)

Bankruptcy No: 14–18391–mdc
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 4/16/20

                        85 – 84
                        Form 138_new