*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

George Damell Black                                                          : Case No. 14–18391–mdc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , 4th of June 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                           By The Court

                           Magdeline D. Coleman
                           Chief Judge , United States Bankruptcy Court