United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
George Damell Black
    Debtor

Case No. 14-18391-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Jun 04, 2020
                                Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db        +George Damell Black,    3919 Haverford Avenue,    Philadelphia, PA 19104-1807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
        ANDREW SPIVACK   on behalf of Creditor   Seterus, Inc. paeb@fedphe.com
        CHRISTIAN A. DICICCO   on behalf of Debtor George Damell Black
         cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com;r57075@notify.bestcase.com
        JENIECE D. DAVIS   on behalf of Creditor   Seterus, Inc. Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
        MARIO J. HANYON   on behalf of Creditor   Seterus, Inc. paeb@fedphe.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Wells Fargo Bank N.A., as Trustee
         mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
        MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
         karena.blaylock@phila.gov
        REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                     TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

George Damell Black  : Case No. 14–18391–mdc
     Debtor(s)

***ORDER***
_____

AND NOW, this day , 4th of June 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court